**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 04-6050

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

ORLANDO DUNCAN,

Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of North Carolina, at Wilmington. James C. Fox, Senior District Judge. (CR-02-86)

Submitted: April 14, 2004        Decided: April 27, 2004

Before WIDENER, WILKINSON, and KING, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Orlando Duncan, Appellant Pro Se. Stephen Aubrey West, Assistant United States Attorney, Raleigh, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Orlando Duncan appeals the district court's order denying his motion for return of property.  We have reviewed the record and find no reversible error.  Accordingly, we affirm on the reasoning of the district court.  See United States v. Duncan, No. CR-02-86 (E.D.N.C. Oct. 30, 2003).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED